IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID D. HAMILTON, #136 399,      )
                                  )
        Plaintiff,                )
                                  )
v.                                )   CIVIL ACTION NO. 2:13-CV-281-TMH
                                  )                 [WO]
ALABAMA DEPT. OF                  )
CORRECTIONS, *et al.*,            )
                                  )
        Defendants.               )

## RECOMMENDATION OF THE MAGISTRATE JUDGE

On July 2, 2013 Plaintiff filed a pleading considered to contain a motion to dismiss Defendant Dewayne Estes  from this cause of action. (*See Doc. No. 18*.)  Upon review of the motion, the court concludes that it should be granted.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1.  Plaintiff's July 2, 2013 Motion to Dismiss Defendant Dewayne Estes  *(Doc. No. 18)*, be GRANTED;

2.  Defendant Dewayne Estes  be DISMISSED with prejudice as a party to this complaint; and

3.  This case with respect to the remaining defendants be referred back to the undersigned for additional proceedings.

It is further

ORDERED that  on or before **July 24, 2013** Plaintiff may file an objection to the Recommendation. Any objection filed must specifically identify the findings in the

Magistrate Judge's Recommendation to which Plaintiff objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  Plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 9th day of July 2013.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE