IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID D. HAMILTON, #136399 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:13-cv-281-TMH |
| ) | [wo] |
| ALABAMA DEPT. OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 19, 2013, the Magistrate Judge filed two Recommendations in this case to which no timely objections have been filed.  (Docs. 14 and 15 ).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendations of the Magistrate Judge be and are hereby ADOPTED; that Plaintiff's claims against the Alabama Department of Corrections be DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915 (e)(2)(B)(I) and that the Alabama Department of Corrections be DISMISSED as a party to this cause of action; that Plaintiff's Motion for Preliminary Injunction be DENIED and that the Plaintiff's claims against the remaining defendants be referred back to the Magistrate Judge for additional proceedings.

DONE this the 25th day of September, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE