IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID D. HAMILTON, #136399, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:13-cv-0281-TMH |
| | )                      WO |
| CASSANDRA CONWAY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

This cause is before the Court on the plaintiff's objection to order on motion for leave to file amended complaint (Doc. #48) filed on November 14, 2013. Specifically, plaintiff objects to the Magistrate Judge's order of November 5, 2013 (Doc. #46) denying his motion to file an amended complaint. After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #48) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 26th day of November, 2013.

                                      /s/ Truman M. Hobbs

                                      TRUMAN M. HOBBS
                                      SENIOR UNITED STATES DISTRICT JUDGE